| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP |
| 2 | Loren Kieve (Bar No. 56280)<br>Derrick Toddy (Bar No. 233174) |
| 3 | 50 California Street, 22nd Floor<br>San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 5 | lorenkieve@quinnemanuel.com<br>derricktoddy@quinnemanuel.com |
| 6 | |
| 7 | Attorneys for defendant<br>International Business Machines Corporation |

FOR THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RALPH I. MILLER, | ) | Civil Action No. C 02 2118 MJJ |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **Defendant IBM's Notice of Substitution of Counsel Pursuant to General Order No. 45** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, IBM CHINA COMPANY, LTD., and IBM ENGINEERING TECHNOLOGY (SHANGHAI) CO., LTD., | ) | |
| Defendants. | ) | |

TO PLAINTIFF RALPH I. MILLER AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that defendant International Business Machines Corporation ("IBM") hereby substitutes Derrick Toddy of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111, telephone number (415) 875-6600, as attorney of record, in place of Rachel M. Herrick and Patrick McGannon, also of Quinn Emanuel Urquhart Oliver & Hedges, LLP. Mr. Toddy is admitted to practice before this Court.

PLEASE TAKE FURTHER NOTICE that Loren Kieve of Quinn Emanuel Urquhart Oliver & Hedges, LLP, remains as attorney of record for defendant IBM.

- 1 -

- 2 -

1 | DATED: August 10, 2005

2 | QUINN EMANUEL URQUHART
3 | OLIVER & HEDGES, LLP
4 | By: _____
5 | Loren Kieve
6 | Derrick Toddy
7 | Attorneys for defendant
8 | International Business
9 | Machines Corporation

8/12/2005   *[signature: Martin J. Jenkins]*

- 2 -

Notice of Substitution of Attorney
Civ. No. C 02 2118 MJJ

50573/86492