**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   RALPH I. MILLER,                        No. C 02-02118 MJJ
12              Plaintiff,                    **ORDER DENYING OBJECTIONS,**
                                              **REQUEST FOR EXPEDITED DECISION,**
13     v.                                     **AND REQUEST FOR STAY**
14   IBM,
15              Defendant.
                                    /
16
17          Pending before the Court is Defendant International Business Machines Corporation's

18   ("IBM") "Objections to the October 18, 2005 Order of Magistrate Judge James 'For Parties to

19   Appear for Courtroom Meet and Confer Session,' Request for Expedited Decision, and Request for

20   Stay Pending Ruling on These Objections" (Doc. #170).  The Court has considered Defendant's

21   arguments, and **DENIES** Defendant's Motion as to all relief requested.

22
23   **IT IS SO ORDERED.**
24
25
26   Dated: November 3, 2005.
                                              _____
27                                            MARTIN J. JENKINS
                                              UNITED STATES DISTRICT JUDGE
28