IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RALPH MILLER,

        Plaintiff(s),

  vs.

INTERNATIONAL BUSINESS MACHINES, et al,

        Defendant(s).
                                  /

No. C 02-2118 MJJ (MEJ)

**ORDER RE-INSTATING JOINT LETTER REQUIREMENT**

      On January 6, 2006, the Court vacated the joint letter requirement for discovery disputes in this matter. However, as Plaintiff is now represented by counsel, the Court hereby re-instates the joint letter requirement for any future discovery disputes. The Court shall consider all pending motions, but any future disputes must be addressed to the Court in accordance with the undersigned's Discovery Standing Order.

      **IT IS SO ORDERED.**

Dated: March 21, 2006

                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge