IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MILLER, | No. C 02-2118 MJJ (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER REQUESTING CLARIFICATION RE: BCC DOCUMENTS** |
| INTERNATIONAL BUSINESS MACHINES, et al, | |
| Defendant(s). | |

Currently pending before the Court is defendant IBM's Motion to Compel Plaintiff to Produce Documents in the Possession of the Altheimer & Gray Law Firm. In response to IBM's motion, Miller states that he contacted Myron Lieberman, former partner at Altheimer & Gray, but Mr. Lieberman advised him that the documents were not available. So as to provide clarification as to whether the documents are obtainable, the Court hereby ORDERS as follows:

1) No later than April 11, 2006, Miller shall file a declaration attesting under penalty of perjury that all documents sought by IBM, including copies of said documents, are not in his custody or control; and

2) No later than April 11, 2006, Miller shall provide a declaration from Mr. Lieberman stating that Miller contacted him and Mr. Lieberman informed him that the documents are not available. So as to assist Miller in obtaining the declaration, Mr. Lieberman's current contact

1  information follows:

2  Myron Lieberman, Of Counsel
   Greenberg Traurig, LLP
3  77 West Wacker Drive
   Suite 2500
4  Chicago, IL 60601
   Telephone: (312) 476-5024
5  Facsimile: (312) 456-8435

6  **IT IS SO ORDERED.**

7

8  Dated: April 3, 2006

   _____
9  MARIA ELENA JAMES
   United States Magistrate Judge

2