QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Loren Kieve (Bar No. 56280)
  Andrea K. Pallios (Bar No. 228128)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700
E-Mail:       lorenkieve@quinnemanuel.com
              andreapallios@quinnemanuel.com

Attorneys for defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH I. MILLER, an individual, and as Successor-in-Interest to Best-of-China.Com, Inc., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES ("IBM") CORPORATION,<br><br>Defendant. | CASE NO. C 02 2118 MJJ<br><br>[Proposed] order setting pending discovery motions to be heard on April 13, 2006<br><br>Date:         April 13, 2006<br>Time:        10:00 p.m.<br>Judge:      Hon. Maria-Elena James<br>Courtroom: B, 15th Floor<br><br>Trial Date:   May 22, 2006 |

Upon consideration of the motion of defendant International Business Machines Corporation ("IBM") to re-set all pending discovery for 10:00 a.m. on April 13, 2006, the Court finds that the motion should be granted.

The following motions (with the original date noticed for hearing in parentheses) are therefore re-set for 10:00 a.m. on April 13, 2006:

Miller's motion to modify the Court's February 6, 2006 order (April 6, 2006);

IBM's motion to preclude Miller from calling witnesses and other relief (April 6, 2006);

Miller's motion to compel further discovery from IBM (April 13, 2006);

IBM's motion to compel re Altheimer & Gray documents and other relief (April 20, 2006);

IBM's renewed motion for sanctions (April 20, 2006).

IBM will file its replies in support of the IBM motions originally noticed for April 20 on or before ~~April 6, 2006~~.  April 5, 2006.

So ordered.

Dated:  April 3 , 2006

                                                  Maria-Elena James
                                                  United States Magistrate Judge



50573/1858426.1

-2-

Case No. C 02 2118 MJJ

[Proposed] order setting pending discovery motions to be heard on April 13, 2006