IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MILLER,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>INTERNATIONAL BUSINESS MACHINES, et al,<br><br>    Defendant(s).    / | No. C 02-2118 MJJ (MEJ)<br><br>**ORDER CLARIFYING JANUARY 6, 2006** *ORDER VACATING JOINT LETTER REQUIREMENT AND FOR PARTIES TO RE-FILE ALL PENDING DISCOVERY DISPUTES AS FORMAL MOTIONS* |

On January 6, 2006, the Court vacated the joint letter requirement for discovery disputes in this case and ordered the parties to file motions pursuant to Civil Local Rule 7 for all disputes then pending before it.[1]  Doc. #241.  Now before the Court is Plaintiff's Motion to Compel Further Production of Documents and Responses to Interrogatories.  Doc. #354.  In his Reply in support of his motion (Doc. #389), Miller states that the January 6 Order vacated the Court's earlier discovery orders, and that earlier rulings on the parties' joint letter briefs are not dispositive of any issues now before it.  Reply at 6:2-5.  The parties are hereby advised that any earlier rulings on the parties' joint letter briefs **remain in effect, including all deadlines established therein,** and failure to comply with said orders could result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: April 4, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] The Court issued this order based on Miller's *pro se* status and the parties' inability to meet and confer in good faith.  As Miller is now represented by counsel, the Court later reinstated the joint letter requirement.  Doc. #373.