**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9
                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   RALPH MILLER,                                      No. C 02-2118 MJJ (MEJ)

12              Plaintiff(s),

13        vs.                                           **ORDER REQUESTING
                                                        CLARIFICATION RE: IBM
14   INTERNATIONAL BUSINESS MACHINES, et                SUBSIDIARIES**
     al,
15
                Defendant(s).
16   _____/

17

18        Currently pending before the Court is plaintiff Ralph Miller's Motion to Compel Further

19   Document Production and Interrogatory Responses.  Relevant here is Miller's request for discovery

20   from defendant International Business Machines' ("IBM") subsidiaries.  The Court held a hearing on

21   this matter on April 13, 2006.  However, before issuing its ruling on Miller's motion, the Court

22   requests clarification as to IBM's subsidiaries.  Accordingly, the Court hereby ORDERS IBM's

23   counsel to file a declaration attesting as to the following:

24   1)   Whether IBM has the legal right to obtain relevant documents and information from its

25        subsidiaries; and

26   2)   Whether its subsidiaries have documents and information relevant to this lawsuit.

27        In making its declaration, IBM shall be guided by the principals established in Federal Rule

28   of Civil Procedure 34 and *International Union of Petroleum and Industrial Workers, AFL-CIO*, 870

1  F.2d 1450, 1452 (9th Cir. 1989) ("Control is defined as the legal right to obtain documents upon

2  demand.").  IBM shall not make any legal arguments in its declaration, which shall be filed by April

3  17, 2006.

4      **IT IS SO ORDERED.**

5

6  Dated: April 13, 2006

   _____

7  MARIA-ELENA JAMES
   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

2