United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MILLER,<br><br>        Plaintiff(s),<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES, et al,<br><br>        Defendant(s). | No. C 02-2118 MJJ (MEJ)<br><br>**ORDER AMENDING APRIL 14, 2006 ORDER TO REFLECT CORRECT DATE FOR COMPLETION OF EXPERT DISCOVERY** |

On April 14, 2004, the Court issued an "Order Granting in Part and Denying in Part IBM's Motion for Sanctions." Doc. #422. On page 13 of its Order, the Court incorrectly states that expert discovery must be completed by April 21, 2008, rather than the correct date of April 21, 2006. *Id.* at 13:8-9. Accordingly, the Court hereby AMENDS its April 14 Order to reflect the correct date for completion of expert discovery - April 21, 2006.

**IT IS SO ORDERED.**

Dated: April 17, 2006

MARIA-ELENA JAMES
United States Magistrate Judge