1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Loren Kieve (Bar No. 56280)
2    Andrea K. Pallios (Bar No. 228128)
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone:   (415) 875-6600
4  Facsimile:    (415) 875-6700
   E-Mail:        lorenkieve@quinnemanuel.com
5                    andreapallios@quinnemanuel.com

6  Attorneys for defendant
   International Business Machines Corporation
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH I. MILLER, an individual, and as Successor-in-Interest to Best-of-China.Com, Inc., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES ("IBM") CORPORATION,<br><br>Defendant. | CASE NO. C 02 2118 MJJ<br><br>**Order modifying the Court's standing order governing discovery disputes**<br><br>Judge:         Hon. Maria-Elena James<br><br>Trial Date:   June 12, 2006 |

Upon consideration of the motion of defendant International Business Machines Corporation ("IBM") to modify the Court's standing order and its April 6, 2006 order (document no. 408) governing discovery disputes, and in light of Judge Jenkins' schedule setting the case for trial for June 12 and a number of other upcoming deadlines prior to trial, the Court finds that IBM's motion should be granted as follows:

   1.   Motions will be limited to four double-spaced pages, exclusive of exhibits.

   2.   A party will have three business days in which to file a four-page opposition.

   3.   The moving party will have one business day to file a reply.

50573/1869514.1

Case No. C 02 2118 MJJ
Defendant IBM's motion to suspend or modify the Court's standing order governing discovery disputes

1     4.    Prior to filing a motion, counsel will confer in person on the telephone.

2     So ordered.

3 Dated:  April <u>18</u>, 2006                             /s/

                                                        Maria-Elena James

4                                                        United States Magistrate Judge

50573/1867923.1

-2-                                      Case No. C 02 2118 MJJ
Defendant IBM's motion to suspend or modify the Court's standing order governing discovery disputes