IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RALPH MILLER,

        Plaintiff(s),

  vs.

INTERNATIONAL BUSINESS MACHINES, et al,

        Defendant(s).

No. C 02-2118 MJJ (MEJ)

**ORDER FOR PLAINTIFF TO PROVIDE CHAMBERS COPIES OF ALL DOCUMENTS FILED SINCE APRIL 20, 2006**

Although plaintiff Ralph Miller has filed several documents in this case since April 20, 2006, the Court has not received chambers copies for any of the documents, with the exception of Miller's declaration regarding confidential materials (docket #453). As a reminder, the undersigned (and all judges in this district) require chambers copies of e-filed documents by the next business day after e-filing. Failure to provide chambers copies is considered a failure to comply with a court order.

To rectify this, the Court requests that Miller provide chambers copies of all his documents filed since (and including) April 20, 2006, with the exception of docket #453, by tomorrow, April 28, at noon. Miller shall ensure that all documents are marked with the date they were e-filed, as well as the docket number, and that all attachments & exhibits are physically attached to the appropriate document. Miller shall comply with this requirement for all future filings. As the Court has previously warned Miller regarding his failure to submit chambers copies, his failure to comply with this order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: April 27, 2006

                                  MARIA-ELENA JAMES
                                  United States Magistrate Judge

United States District Court
For the Northern District of California