IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MILLER,<br><br>        Plaintiff(s),<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES,<br><br>        Defendant(s). | No. C 02-2118 MJJ (MEJ)<br><br>**ORDER VACATING JULY 20, 2006 HEARING** |

    Pending before the Court is defendant International Business Machines' Motion to Dismiss. Doc. #542.  Both parties have informed the Court that they are prepared to forgo a hearing and submit the matter on the papers.  Upon review of the parties' papers, the Court finds a hearing unnecessary and hereby VACATES the July 20, 2006 hearing.  A separate ruling shall be issued.

    **IT IS SO ORDERED.**

Dated: July 18, 2006

                                                          MARIA-ELENA JAMES<br>
                                                          United States Magistrate Judge