

DOCKET NO. 1797

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BEST-OF-CHINA.COM, INC., CONTRACT LITIGATION

Ralph I. Miller, et al. v. International Business Machines Corp., et al., N.D. California, C.A. No. 3:02-2118 MJJ

Ralph I. Miller, etc. v. IBM World Trade Corp., et al., S.D. New York, C.A. No. 1:06-4452

## ORDER DEEMING MOTION MOOT AND VACATING THE SEPTEMBER 28, 2006, HEARING SESSION

Before the Panel is a motion by IBM World Trade Corp. seeking centralization of the two listed actions, pursuant to 28 U.S.C. § 1407, in the Northern District of California for coordinated or consolidated pretrial proceedings. The Panel has now been advised that summary judgment was granted in defendant's favor in the Northern District of California action in an order signed by the Honorable Martin J. Jenkins on September 26, 2006, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion of IBM World Trade Corp. for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 10, 2006, are VACATED insofar as they relate to this litigation.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED TRUE COPY
SEP 27 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION